UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PENN MARITIME, INC.<br><br>    Plaintiff,<br><br>-against-<br><br>CHEVRON U.S.A. INC., CHEVRON SHIPPING COMPANY, LLC and HARVEY GULF INTERNATIONAL MARINE, LLC<br><br>    Defendants. | CIVIL ACTION<br><br>No.: _____<br><br><br>JUDGE<br><br>MAGISTRATE |

## COMPLAINT

Plaintiff, Penn Maritime, Inc., by and through its attorneys, Johnson, Johnson, Barrios & Yacoubian, as and for its Complaint against the above-named defendants alleges upon information and belief as follows:

### JURISDICTION

1.

This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1333. This is an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

### PARTIES

2.

At and during all material times hereinafter mentioned, plaintiff, Penn Maritime, Inc. ("Penn"), was and now is a corporation organized and existing by virtue of Delaware law with an office and place of business at 1 Stamford Plaza, 263 Tresser Blvd., Stamford, CT 06901, and is

engaged in the business of marine transportation on the East Coast of the United States and the Gulf of Mexico.

3.

Chevron U.S.A. Inc. (Chevron U.S.A.) was and now is a corporation organized and existing by virtue of the laws of a state of the United States with an office and place of business at 100 Northpark Boulevard, Covington, Louisiana and is engaged in the business of drilling for petroleum in the Gulf of Mexico.

4.

At and during all material times hereinafter mentioned, defendant Chevron Shipping Company, LLC, ("Chevron") was and now is a corporation organized and existing by virtue of the laws of a state of the United States with an office and place of business at 100 Northpark Boulevard, Covington, Louisiana, and is engaged in the business of drilling for petroleum in the Gulf of Mexico.

5.

At and during all material times hereinafter mentioned, defendant Harvey Gulf International Marine, LLC, ("Harvey Gulf") was and now is a corporation or other business entity with an office and place of business at 701 Poydras Street, New Orleans, Louisiana, and was and now is engaged in business of tow and tugboat operation in the Gulf of Mexico.

6.

On or about August 19, 2012, through August 21, 2012, the Penn No. 120, a steel tank barge owned and operated by Penn was, pursuant to an agreement with Chevron U.S.A. and/or Chevron, astern the drill ship, Discovery Inspiration, owned and/or operated by Chevron and/or

Chevron U.S.A., engaged in a cargo transfer operation under Chevron's control at Chevron's Walker Ridge, Gulf of Mexico drill site.

7.

The cargo transfer operation was being accomplished through a floating hose with the assistance of tugs Penn No. 6, Harvey Lightning, Captain Sam and Smith Hunter.

.8.

The tugs Harvey Lightning, Captain Sam and Smith Hunter ("Harvey Vessels") were owned and operated by Harvey Gulf.

9.

A Chevron and/or Chevron U.S.A. employee, Chris Mantooth, was in charge of the operation at the Walker Ridge site transferring cargo to the barge Penn No. 120.

10.

Penn asked Chevron, during a weather change, that the Harvey vessels be kept away from the Penn No. 120 for fear of damage caused by the tugs to the barges' hull. Mantooth, on behalf of Chevron, denied the request. The tug Harvey Lightning repeatedly struck the port side of the barge Penn No. 120 causing shell plate and internal frame damage and related costs in the amount of $558,793.68.

11.

The damage was caused by the negligence of the defendants individually, jointly or severally and/or their respective breach of the warranty of workmanlike performance.

**WHEREFORE**, Plaintiffs pray:

1.    That process in due form of law according to the practice of this Court may issue against the Defendants.

2. That a decree may be entered on the negligence count against defendant, Chevron and/or Chevron U.S.A. in the amount of $558,793.68 plus interest, costs and attorney's fees.

3. That a decree may be entered on the negligence cause of action against defendant, Harvey Gulf in the amount of $558,793.68 plus interest, costs and attorney's fees.

4. That a decree may be entered on the breach of warranty of workmanlike performance cause of action against defendant, Chevron and/or Chevron U.S.A. Inc. in the amount of $558,793.68.

5. That a decree may be entered on the breach of warranty of workmanlike performance count against defendant, Harvey Gulf in the amount of $558,793.68.

6. For such other further and different relief as to this Court may seem just and proper.

                                              Respectfully submitted:


                                                /s/Edward S. Johnson
                                              EDWARD S. JOHNSON (#07289)
                                              JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
                                              701 Poydras Street, Suite 4700
                                              New Orleans, LA 70139
                                              Telephone (504) 528-3001
                                              Facsimile: (504) 528-3030
                                              Attorney for Plaintiff Penn Maritime, Inc.


**SERVICES IS BEING WITHHELD**